No. 11–10058. MAISONET v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–10060. MARTINEZ v. TROMBLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10061. TARKINGTON v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–10064. BOOKMAN v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 11–10066. HAILE v. SANTA ROSA MEMORIAL HOSPITAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10068. HOLLMON v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10069. HOOD v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–10070. GARRETT v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 11–10071. HALL v. KELLY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–10072. HAMBY v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 11–10074. FISH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–10079. POTTER v. HORNBECK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10082. WADDLETON v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 11–10083. MARSHALL v. CARTLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.